# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

KIMBERLE E. BAKER, )
)
      Plaintiff, )
)
      vs. )      Case No. 4:10CV575 JCH
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
      Defendant. )

## JUDGMENT AND ORDER OF REMAND

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is reversed

and remanded to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g).

Dated this 28th day of July, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE